Favian HAYES, Plaintiff—Appellant,

v.

Simon MAJOR, Director of SLRDC; OFC Dixon; OFC Gardner; Major Darrell McGhaney, Defendants—Appellees,

and

Daniel Jackson, inmate at SLRDC; et al.; All In, Defendants.

No. 11–6680.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Favian Hayes, Appellant Pro Se. James M. Davis, Jr., Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

872

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Favian Hayes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hayes v. Major,* No. 4:09–cv–03324–CMC, 2011 WL 1667183 (D.S.C. May 2, 2011). We deny Hayes's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*